IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TREVOR R. EVANS and JENNIFER L. EVANS, husband and wife, | ) ) ) | 7:12CV5010 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | PROTECTIVE ORDER |
| MENARD, INC., a foreign corporation, | ) ) ) | |
| Defendant. | ) | |

NOW ON THIS 24th day of January, 2013, this matter came on for consideration pursuant to the agreement of the parties as evidenced by the signatures of their respective counsel below, for entry of a Protective Order to preserve the confidentiality of certain documents and records of the Defendant requested by the Plaintiff in this matter. These records include copies of employees' manuals, policies, protocols, rules or procedures which would have governed the stocking, use of motorized equipment and merchandising at the Scottsbluff Menards store on September 7, 2010.

The Court, being duly advised in the premises, finds as follows:

1. The documents and materials of the Defendant and any copies thereof shall be utilized by the Plaintiff solely in connection with discovery, pretrial proceedings, preparation for trial, trial, appeal and/or settlement, and for no other purpose, and shall not be disseminated, published, shown or otherwise disclosed to any person or entity except as provided herein.

2. The records or any information contained therein shall be treated as confidential pursuant to the terms of this Protective Order.

3. The Plaintiffs will destroy all above-referenced documents upon completion of the pendency of the above-captioned suit.

4. This order is to remain in force until modified by the Court for good cause shown.

IT IS SO ORDERED.

January 24, 2013

BY THE COURT:


*s/ Cheryl R. Zwart*
United States Magistrate Judge



AGREED TO AND APPROVED
FOR FORM AND CONTENT:



BY  s/ Philip M. Kelly
PHILIP M. KELLY, 15427, Attorney for Defendant
Douglas, Kelly, Ostdiek and Ossian, P.C.
105 E. 16th St., P.O. Box 419
Scottsbluff, Nebraska   69363-0419



BY  s/ Sterling T. Huff
STERLING T. HUFF, 21732, Attorney for Plaintiff
Island and Huff, PC, LLO
1428 10th Street
Gering NE  69341

2