IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TREVOR R EVANS, JENNIFER L. EVANS,

Plaintiffs,

vs.

MENARD, INC., a foreign corporation;

Defendant.

7:12CV5010

PROTECTIVE ORDER

IT IS ORDERED:

1) The parties' stipulation, (Filing No. 12), is granted.

2) The "Asset Purchase Agreement" for the sale of Lighthouse Electrical Contractors LLC entered into by Plaintiff Trevor Evans on or about February 29, 2012 is confidential.

3) Except for purposes directly related to this litigation, the Asset Purchase Agreement, or any materials within it, shall not be copied or disseminated without prior written approval from the plaintiffs.

4) At the close of this litigation, the defendant will either destroy the Asset Purchase Agreement materials or return them to plaintiffs' counsel.

January 30, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge